Forrest, K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TORRANCE MCGILL,

                                        Plaintiff,

-against-

THE CITY OF NEW YORK; SERGEANT ROBERT KELLY,
SHIELD # 3349; POLICE OFFICER LUIS MORALES,
SHIELD # 14304; POLICE OFFICER STEPHEN HILLMAN,
SHIELD # 22209; POLICE OFFICER ERIC NAUGHTON,
SHIELD # 31430, POLICE OFFICER MICHAEL
WHITEMAN, SHIELD # 31800,

                                        Defendants.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

12 Civ. 7509 (KBF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 16 2013

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Emery Celli Brinckerhoff & Abady LLP
*Attorneys for Plaintiff*
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
(212) 763-5000

By: _____
Jennifer Keighley
*Attorney for Plaintiff*

Dated: New York, New York
       _____, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-2336

By: _____  7/15/13
Steven M. Silverberg
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

2